**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY KOWALSKI, on behalf of herself and all others similarly situated, | Case Number: 1:11-cv-02919-KAM-JO |
| Plaintiff, | |
| v. | |
| APPLE REIT TEN, INC., APPLE REIT NINE, INC., DAVID LERNER ASSOCIATES, INC., DAVID LERNER, GLADE M. KNIGHT, BRYAN PEERY, KENT W. COLTON, GLENN W. BUNTING, R. GARNETT HALL, JR., RONALD A. ROSENFELD, ANTHONY FRANCIS "CHIP" KEATING, III, LISA B. KERN, BRUCE H. MATSON, MICHAEL S. WATERS, and ROBERT M. WILY, | |
| Defendants. | |
| MARVIN LEFF, on behalf of himself and all others similarly situated, | Case Number: 2:11-cv-03094-KAM-GRB |
| Plaintiff, | |
| v. | |
| APPLE REIT TEN, INC., APPLE REIT NINE, INC., DAVID LERNER ASSOCIATES, INC., DAVID LERNER, GLADE M. KNIGHT, BRYAN PEERY, KENT W. COLTON, GLENN W. BUNTING, R. GARNETT HALL, JR., RONALD A. ROSENFELD, ANTHONY FRANCIS "CHIP" KEATING, III, LISA B. KERN, BRUCE H. MATSON, MICHAEL S. WATERS, and ROBERT M. WILY, | |
| Defendants. | |

1

| | |
|---|---|
| STANLEY and DEBRA KRONBERG, MARVIN BENDAVID, LAURA BERGER, and WILLIAM MURRAY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DAVID LERNER ASSOCIATES, INC., DAVID LERNER, ALAN P. CHODOSH, JOHN GERARD DEMPSEY JR., MARTIN LERNER, STEVEN SORMANI, APPLE REIT EIGHT, INC., APPLE REIT NINE, INC., APPLE REIT TEN, INC., APPLE SUITES REALTY GROUP INC., APPLE EIGHT ADVISORS, INC., APPLE NINE ADVISORS, INC., APPLE TEN ADVISORS, INC., APPLE FUND MANAGEMENT, LLC, GLENN W. BUNTING, KENT W. COLTON, MICHAEL S. WATERS, ROBERT M. WILEY, LISA B. KERN, BRUCE H. MATSON, GARNETT HALL, JR., ANTHONY FRANCIS "CHIP" KEATING, RONALD A. ROSENFELD, DAVID J. ADAMS, and GLADE M. KNIGHT,<br><br>        Defendants. | Case Number: 1:11-cv-05546-KAM-JO |

## STIPULATION AND ORDER REGARDING CONSOLIDATION, LEAD PLAINTIFF, LEAD COUNSEL AND SCHEDULING

**WHEREAS:**

On November 30, 2011, the Court ordered all parties to confer and file a stipulation via ECF regarding consolidation, appointment of lead plaintiff and lead counsel, and a schedule for the filing of an amended consolidated complaint.

### The *Kowalski*, *Leff*, and *Kronberg* Cases

1.    Nancy Kowalski filed *Kowalski v. Apple REIT Ten, Inc.*, Case No. 1:11-cv-02919-KAM-JO, on June 17, 2011, asserting claims for violations of sections 11, 12, and 15 of

the Securities Act of 1933 against Apple REIT Nine, Apple Nine Advisors, Apple REIT Ten, Apple Ten Advisors, several of the REITs' officers and board members, David Lerner Associates (DLA), and David Lerner.  (*Kowalski* Dkt. No. 1)

2.     Marvin Leff filed *Leff v. Apple REIT Ten, Inc..*, Case No. 2:11-cv-03094-KAM-GRB, on June 28, 2011, asserting claims for violations of sections 11, 12, and 15 of the Securities Act against Apple REIT Nine, Apple REIT Ten, several of the REITs' officers and board members, DLA and David Lerner.  (*Leff* Dkt. No. 1)

3.     Stanley and Debra Kronberg filed *Kronberg v. David Lerner Associates, Inc.,* Case No. 1:11-cv-05546-KAM-JO, on June 20, 2011 in the District of New Jersey.  (*Kronberg* Dkt. No. 1)  On October 10, the plaintiffs filed an amended complaint that added William Murray, Marvin Bendavid and Laura Berger as plaintiffs and asserted state law claims against Apple REIT Eight, Apple REIT Nine, Apple REIT Ten, five Apple REIT-related entities, several of the REITs' officers and board members, DLA, David Lerner, and several other DLA officers.  (*Kronberg* Dkt. No. 61)  On defendants' motion, the District of New Jersey transferred the *Kronberg* case to this Court.  (*Kronberg* Dkt. No. 69 & 71)

## The Lead Plaintiff Motions

4.     Because they assert Securities Act violations, the *Kowalski* and *Leff* cases are subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(a)(3)(B) ("PSLRA").  There were four timely movants for lead plaintiff:

- The DLA Investor Group, composed of Marvin Bendavid, Laura Berger, Barbara Shefsky, and Debra and Stanley Kronberg (*Kowalski* Dkt. No. 31);

- The Apple REIT Investor Group, composed of Thomas F. Rode, Donetta Oppici, Donna Spinelli, Keith Cairo and Betty Ann Leibowitz (*Kowalski* Dkt. No. 34);

- The Leff Group, composed of Marvin Leff, Jeffrey S. Fialkov, and Shirley Baron, individually and on behalf of Shirley Baron/IRA, as trustee of The

Warren Baron Testamentary Trust, and as general partner of S.A. Chase Hill Apartments LP (*Kowalski* Dkt. No. 32); and

- Robert Lubin (*Kowalski* Dkt. No. 27).

5.      The DLA Investor Group stated the largest financial interest in Apple REIT Nine and Apple REIT Ten, making the members of the DLA Investor Group the presumptively most adequate plaintiffs under the PSLRA.  15 U.S.C. § 77z-1(a)(3)(B)(iii).  The other lead plaintiff movants have either withdrawn their motions or have stated that they do not oppose the DLA Investor Group's appointment as lead plaintiffs. (*Kowalski* Dkt. No. 48, 50, 54, 63 & 64)  The defendants have taken no position as to appointment of lead plaintiff and lead counsel. (*Kowalski* Dkt. No. 51 & 53)

## Consolidation

6.      The lead plaintiff movants also requested that the Court consolidate the *Kowalski* and *Leff* cases under Federal Rule of Civil Procedure 42(a).  (*Kowalski* Dkt. No. 27, 31, 32 & 34) The defendants filed responses supporting consolidation of *Kowalski* and *Leff*.  (*Kowalski* Dkt. No. 51 & 53)

7.      On November 25, 2011, the DLA Investor Group filed a letter requesting consolidation of the *Kronberg* case with the *Kowalski* and *Leff* cases under Rule 42(a). (*Kowalski* Dkt. No. 60)

8.      On November 28, 2011, the defendants filed letters stating that they do not oppose consolidation of *Kowalski*, *Leff* and *Kronberg*.  (*Kowalski* Dkt. No. 61 & 62)  Lead plaintiff movants the Apple REIT Investor Group and the Leff Group also filed letters stating that they do not oppose consolidation of the cases.  (*Kowalski* Dkt. No. 63 & 64)

NOW, THEREFORE, **IT IS STIPULATED AND AGREED,** by and among counsel for the parties named in these actions, as follows:

1.      This stipulation is submitted with and expressly conditioned on the understanding that the defendants take no position as to the appointment of lead plaintiff and selection of lead counsel, and the appointment of lead plaintiff and selection of lead counsel are subject to the Court's approval.

2.      Under Federal Rule of Civil Procedure 42(a), the *Kowalski, Leff,* and *Kronberg* cases shall be consolidated for all purposes into 1:11-cv-02919-KAM-JO, and the caption of that action is amended to be *In re Apple REITs Litigation.*

3.      Plaintiffs Marvin Bendavid, Laura Berger, Barbara Shefsky and Debra and Stanley Kronberg, also known as the DLA Investor Group, are appointed lead plaintiffs under the PSLRA, 15 U.S.C. § 77z-1(a)(3)(B).  The lead plaintiffs' selected counsel, Girard Gibbs LLP and Zamansky & Associates, LLC, are appointed to serve as lead counsel for the proposed class in the consolidated action.

4.      Lead plaintiffs shall file and serve a consolidated complaint by January 18, 2012.

5.      Counsel for the lead plaintiffs and the defendants shall appear telephonically before the Court on Tuesday, February 7, 2012, at 4:30 pm for a pre-motion and status conference.  Unless the Court at or after the conference orders otherwise, the following shall serve as the schedule for defendants' answers or motions to dismiss.

6.      Defendants shall serve on lead plaintiffs' counsel via email their answers or motions to dismiss by March 19, 2012.

7.      If defendants move to dismiss, lead plaintiffs shall serve on all defendants via email an opposition by April 18, 2012.

8.      Defendants shall serve on lead plaintiffs' counsel via email reply papers in support of any motions to dismiss by May 18, 2012.

9.      Each party shall file its own motion papers via ECF and provide the Court with courtesy copies once the motions to dismiss are fully briefed in accordance with the Court's Individual Practices.

10.     Defendants expressly preserve and do not waive any objections any defendant may have to personal jurisdiction or the right to arbitrate any claim governed by an arbitration agreement.

Dated:  December ___, 2011


_____
Amanda M. Steiner
Daniel C. Girard
Christina H. C. Sharp
Janice S. Yi
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
(415) 981-4800


Jacob H. Zamansky
Edward H. Glenn, Jr.
Kevin D. Galbraith
**ZAMANSKY & ASSOCIATES LLC**
50 Broadway, 32nd Floor
New York, NY 10004
(212) 742-1414

*Proposed Lead Counsel and Attorneys for Plaintiffs*
*Marvin Bendavid, Laura Berger, Debra and Stanley*
*Kronberg, William Murray, and Lead Plaintiff*
*Movant DLA Investor Group*

David P. Meyer
Matthew R. Wilson


Marshall Beil by AS w/permission
_____
Marshall Beil
**McGUIREWOODS LLP**
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
Telephone: (212) 548-7004


Elizabeth F. Edwards
**McGUIREWOODS LLP**
901 E. Cary Street
Richmond, VA 23219-4030
Telephone:  (804) 775-4390


Charles Wm. McIntyre
**McGUIREWOODS LLP**
Washington Square
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone:  (202) 857-1742


*Attorneys for Defendants Apple REIT*
*Eight Inc., Apple REIT Nine Inc., Apple*
*REIT Ten Inc., Glade M. Knight, Apple*
*Suites Realty Group, Inc., Apple Eight*
*Advisors, Inc., Apple Nine Advisors, Inc.,*

6

**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH 43215
(614) 224-6000

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & ANGELO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Additional Plaintiffs' Counsel*

*Apple Ten Advisors, Inc., Apple Fund*
*Management, LLC, Bryan Peery, Glenn*
*W. Bunting, Kent W. Colton, Michael S.*
*Waters, Robert M. Wily, Lisa B. Kern,*
*Garnett Hall, Jr., Anthony Francis*
*"Chip" Keating, and David J. Adams*

*Kenneth Schacter by AS w/permission*

Kenneth I. Schacter
Derek Care
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000

Michael D. Blanchard
**BINGHAM McCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700

*Attorneys for Defendants David Lerner*
*Associates, Inc., David Lerner, Alan P.*
*Chodosh, John Gerard Dempsey, Jr.,*
*Martin Lerner and Steven Sormani*

*Gregory Bruch by AS w/permission*

Gregory S. Bruch
Sandra M. Hanna
**WILLKIE FARR & GALLAGHER**
**LLP**
1875 K Street, NW
Washington, DC 20006
Telephone:  (202) 303-1230

*Attorneys for Defendants Bruce H.*
*Matson and Ronald A. Rosenfeld*

*Frederic Fox by AS w/permission*

Frederic S. Fox
Donald R. Hall
Jeffrey P. Campisi
Pamela A. Mayer
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1780

Nicholas E. Chimicles
Kimberly Donaldson Smith
Timothy N. Matthews
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500

Lawrence A. Sucharow
Joseph Sternberg
Michael Woolley
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 1005
Telephone:  (212) 907-0700

*Attorneys for Plaintiff Nancy Kowalski and
Lead Plaintiff Movant Apple REIT Investor
Group*

*Ira Press by AS w/permission*

Ira M. Press
Sarah G. Lopez
**KIRBY McINERNEY LLP**
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  (212) 371-6600

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
431 Montgomery Avenue, Suite B
Merion Station, PA 19066
Telephone:  (610) 660-8000
Kenneth A. Elan
**LAW OFFICES OF KENNETH A. ELAN**
217 Broadway, Suite 606
New York, NY 10007
Telephone:  (212) 619-0261

Scott D. Baron
**BARON SAMPSON LLP**
27 Horseneck Road, Suite 210
Fairfield, NJ 07004

*Attorneys for Marvin Leff and Lead Plaintiff
Movant Leff Group*

*Joseph P. Guglielmo by JDC w/permission*

Joseph P. Guglielmo
Joseph D. Cohen
**SCOTT+SCOTT LLP**
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone:  (212) 223-6444

David R. Scott
**SCOTT+SCOTT LLP**
156 South Main Street
P.O. Box 192

8

Colchester, CT 06415
Telephone:  (860) 537-3818

Jack I. Zwick
100 Church Street, Suite 850
New York, NY 10007
Telephone:  (212) 385-1900

*Attorneys for Lead Plaintiff Movant Robert
Lubin*

**SO ORDERED:**

Dated:  Brooklyn, New York
       December ____, 2011

_____
Hon. Kiyo A. Matsumoto
United States District Judge